UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NO. 5:14-mj-55-CHW |
| v. | : Violation: 18 U.S.C. Section 113(a)(5) |
| ALFRED JORDAN | : |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

(SIMPLE ASSAULT)

That on or about November 21, 2013, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court, **ALFRED JORDAN**, did assault, a base employee to-wit: (person's initials followed by whose identity is known to the United States Attorney, by doing one or more of the following acts: **punching and striking him in the face and chest area**, in violation of Title 18 of the United States Code, Section 113(a)(5).

MICHAEL J. MOORE
UNITED STATES ATTORNEY

BY: _____
VINCENT D. ROMANO
New York Bar Registration Number B10069329
New Jersey Bar Number 042462011
Special Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
215 Page Road, Suite 186
Robins AFB, Georgia 31098
Telephone: (478) 222-0551